IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR279 |
| | ) | |
| SACHEEM O. SIMMONS, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the following is set for hearing on **January 9, 2007 and January 10, 2007 beginning at 9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Suppress (Traffic Stop) [16]
    - Motion to Suppress (Baggage) [18]
    - Motion to Suppress (Statements) [20]
    - Motion to Suppress Identification [22]

    Counsel for both parties has specifically requested a date in January and the court's calendar is able to accommodate such a request.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 3rd day of November, 2006.

                                BY THE COURT:

                                s/ F.A. Gossett
                                United States Magistrate Judge