# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:06CR279 |
| vs. | ORDER |
| SACHEEM O. SIMMONS, | |
| Defendant. | |

This matter is before the Court on the Motion for Reconsideration, ECF No. 54, filed by Defendant Sacheem O. Simmons.

In his earlier motion for transcript, ECF No. 52, Simmons stated that he sought the transcript of his sentencing proceedings "to prepare postconviction relief motions." He now states that was an error, and he seeks the transcripts to assist him with his application to the Bureau of Prisons for participation in certain programming which he believes may help him obtain additional good time credits.

The Court is sympathetic with the Defendant's desire to participate in programs to assist with his rehabilitation. Any comments the undersigned may have made at the time of sentencing regarding the Defendant's need for rehabilitation would have been based on the Presentence Investigation Report, which is available to the administrators of the Bureau of Prisons. Further, the Court does not impose or lengthen any term of incarceration for the purpose of promoting a defendant's rehabilitation. See *Tapia v. United States*, 564 U.S. 319, 332 (2011).

Accordingly, unless the Defendant contacts Brenda Fauber, 118 S. 18th

Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript, the motion is denied.

IT IS ORDERED:

1. The Defendant's Motion for Reconsideration, ECF No. 54, is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

Dated this 30th day of May 2019.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge